IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BILL WISSER, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-150 |
| MORRIS COMMUNICATIONS COMPANY, LLC, | * | |
| Defendant. | * | |

# O R D E R

Before the Court are the following motions: (1) Defendant Morris Communications Company, LLC's ("Morris Communications") motion to dismiss (Doc. 25); and (2) the Parties' consent motion for leave to file first amended complaint (Doc. 28).

The Parties' consent motion for leave asks the Court to dismiss Defendant Morris Communications and substitute Morris Visitor Publications, LLC as the defendant. Defendant Morris Communications' motion to dismiss also claims that it should be dismissed from this action because it is not the proper defendant. Upon due consideration, the Parties' consent motion for leave (Doc. 28) is **GRANTED**, and Defendant Morris Communications' motion to dismiss (Doc. 25) is **DENIED AS MOOT**.

**IT IS HEREBY ORDERED** that Defendant Morris Communications Company, LLC is **DISMISSED** from this action. The Clerk is **DIRECTED**

to remove Morris Communications Company, LLC and terminate all deadlines with respect to this party.

**IT IS FURTHER ORDERED** that Plaintiff shall have **SEVEN (7) DAYS** from the date of this Order to file his **FIRST AMENDED COMPLAINT** as a stand-alone entry on the docket. Upon Plaintiff's filing of his First Amended Complaint, the Clerk is **DIRECTED** to add Morris Visitor Publications, LLC as Defendant in this action. Defendant shall have **FOURTEEN (14) DAYS** from the date Plaintiff files his First Amended Complaint to respond.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA