IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BILL WISSER,                              *
                                          *
        Plaintiff,                        *
                                          *
        v.                                *          CV 118-150
                                          *
MORRIS VISITOR PUBLICATIONS,              *
LLC,                                      *
                                          *
        Defendant.                        *

---

### O R D E R

---

Before the Court is Plaintiff's motion for voluntary dismissal with prejudice. (Doc. 55.) Plaintiff represents that the Parties have settled and Defendant consents to the dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA